JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN MUJICA, | Case No. 5:23-02573-FWS-ADS |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Summarily Dismissing Petition, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed.

DATED: May 1, 2024

HON. FRED W. SLAUGHTER
UNITED STATES DISTRICT JUDGE